IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LOREAL LUMAR,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>  Defendant. | § § § § § § § § § § § § | Civil Action No. 4:13-cv-836-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. The Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Commissioner's decision is **AFFIRMED** and this case is **DISMISSED** with prejudice.

**SO ORDERED** on this **14th day** of **January, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE